UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Omar J., | Case No. 25-CV-3719 (PJS/SGE) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, Attorney General; Kristi Noem, Secretary of Homeland Security; Todd M. Lyons, Acting Director of U.S. Immigration and Customs Enforcement; Marcos Charles, Acting Executive Associate Director for Enforcement and Removal Operations; Peter Berg, Field Office Director for Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; U.S. Department of Homeland Security; and Ryan Shea, Freeborn County Sheriff, | |
| Respondents. | |

---

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Oman J. by no later than October 2, 2025, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a.    Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

    b.    A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims; and

    c.    Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. If Petitioner intends to file a reply to respondents' answer, Petitioner must do so within 7 days of the date when the answer is filed.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4. Petitioner's motion to expedite (Dkt. 2) is DENIED IN PART.  The Court concludes that although an expedited briefing schedule is warranted in this matter, respondents will be given more time to reply than has been requested by Petitioner.  Petitioner's remaining requests within the motion to expedite will not yet be adjudicated at this time.

Dated: September 22, 2025                    *s/ Shannon G. Elkins*
                                                SHANNON G. ELKINS
                                                United States Magistrate Judge