UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 25-cv-3719 (PJS/SGE)

Omar Jamal,

    Petitioner,                                                          **ORDER**

v.

Pamela Bondi, et al.,

    Respondents.

The parties, having jointly filed a stipulation [ECF No. 9] to the immediate release of Petitioner Omar Jamal on an order of supervision with conditions pursuant to United States Immigration and Customs Enforcement (ICE) regulations, 8 C.F.R. § 241.5,

    IT IS THEREFORE HEREBY ORDERED

This habeas action is dismissed without prejudice and the matter is remanded to ICE for the immediate release of Petitioner from immigration detention pursuant to an ICE order of supervision with conditions pursuant to 8 C.F.R. § 241.5

Dated: September 29, 2025

                                                           /s/ Patrick J. Schiltz
                                                           PATRICK J. SCHILTZ,
                                                           Chief United States District Judge